**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Juan Martinez                    Case No. 19-14799-LMI

                                        Chapter 13

_____Debtor(s)___/

## OMNIBUS OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

☐       301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 1 | LVNV Funding, LLC / Resurgent Capital Services | $2,164.82 |

Basis for Objection and Recommended Disposition

On or about April 17, 2019, Creditor filed a general unsecured proof of claim in the amount of $2,164.82 for a retail account ending in 5917 that was last paid on or about February 15, 2006 and charged off on or about August 22, 2006. This debt is not listed on the Debtor's schedule "F", which was obtained from the Debtor's credit report. Further, this creditor has failed to attach any

LF-24 (rev. 12/01/09)                    Page 1 of  2

substantiating backup documentation to prove its claim. Lastly, this claim is barred by the statute of limitations. Debtors request this claim be stricken and disallowed in its entirety.

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 11 | PYOD, LLC / Resurgent Capital Services | $2,355.83 |

Basis for Objection and Recommended Disposition

On or about June 19, 2019, Creditor filed a general unsecured proof of claim in the amount of $2,355.83 for a goods and services account ending in 0183 that was last paid on or about March 26, 2006 and last used on or about April 2, 2006. This debt is not listed on the Debtor's schedule "F", which was obtained from the Debtor's credit report. Further, this creditor has failed to attach any substantiating backup documentation to prove its claim. Lastly, this claim is barred by the statute of limitations. Debtors request this claim be stricken and disallowed in its entirety.

[Comment: See also Bankruptcy Rule 9011 (effect of signature) and Local Rules 7026-1(E) (motions to compel discovery) and 9076-1 (electronic service).]

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing was sent on July 23, 2019 electronically to Nancy K. Neidich, Trustee and mailed to:

#1
LVNV Funding, LLC
Resurgent Capital Services
c/o Deanna Gambrell, Claims Proc.
PO Box 10587
Greenville, SC 29603-0587

Resurgent Capital Services, L.P.
c/o Bryan Faliero, CEO, President
55 Beattie Place, Suite 110,
Greenville, SC 29601

LVNV FUNDING LLC
c/o Faliero, Bryan, President
6801 S. Cimarron Road, Suite 424-J
LAS VEGAS, NV 89113

LVNV FUNDING LLC
c/o Faliero, Bryan, President
55 Beattie Place, Suite 110
Greenville, SC 29601

#11
PYOD, LLC
Resurgent Capital Services
c/o William Andrews, Claims Proc.
PO Box 19008
Greenville, SC 29602

PYOD LLC
c/o Faliero, Bryan, President
6801 S. Cimarron Road, Suite 424-K
LAS VEGAS, NV 89113

PYOD LLC
c/o Faliero, Bryan, President
55 Beattie Place, Suite 110
Greenville, SC 29601

## CERTIFICATE OF ADMISSION

    **I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez
    [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).